UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT COLE FULLER, et al.,

    Plaintiffs,

v.                                                                Case No. 3:19cv1697-MCR-HTC

OKALOOSA COUNTY BOARD
OF COMMISSIONERS, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On June 20, 2019, the Court ordered Plaintiff Richard Kelly Harrison, II, to, within thirty (30) days, either file a completed motion to proceed *in forma pauperis* or pay the $400.00 filing fee and either file a notice of voluntary dismissal or an amended complaint. ECF Doc. 3. Harrison did not comply with the June 20 Order within the allotted time. On July 23, 2019, the Court ordered Harrison to show cause within fourteen (14) days why this case should not be dismissed due to his failure to prosecute or failure to comply with a Court order. ECF Doc. 4. More than fourteen (14) days have passed and Harrison has not complied with the June 20 Order or responded to the July 23 Order to Show Cause.

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Harrison's failure to prosecute and failure to comply with a Court order.

2. That the clerk close the file.

At Pensacola, Florida, this 10th day of September, 2019.

*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 3:19cv1697-MCR-HTC