# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ROBERT COLE FULLER, et al.,

     Plaintiffs,

v.                          CASE NO. 3:19cv1697-MCR-HTC

OKALOOSA COUNTY BOARD
OF COMMISSIONERS, et al.,

     Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 10, 2019. ECF No. 5. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with a Court order.

(3) The clerk is directed to close the file.

**DONE AND ORDERED** this 12th day of December 2019.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**